FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-19-00541-CV

Richard **LARES**,
Appellant

v.

Karina **GUEVARA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12518
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

The motion for an extension is granted. We order the trial court to hold the ordered hearing, and file a copy of written findings of fact with the district court clerk by September 24, 2020.

It is so **ORDERED** August 28, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT